UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| STEVEN PHELPS, ET AL., | ) | |
|     *Plaintiffs*, | ) | |
| | ) | |
|     *vs*. | ) | 2:09-cv-327-JMS-WGH |
| | ) | |
| PARSONS TECHNICAL SUPPORT, INC., A CORPORATION, A SUBSIDIARY OF PARSONS CORPORATION, | ) ) ) | |
|     *Defendant*. | | |

## ORDER

Presently before the Court are Parsons Technical Support, Inc.'s ("Parsons") Second Motion for Partial Judgment on the Pleadings ("Second Motion"), [dkt. 35], and Parsons' Third Motion for Partial Judgment on the Pleadings ("Third Motion"), [dkt. 62].[1]

Parsons' Second Motion seeks judgment on counts VI and VII of Plaintiffs' original Complaint for alleged violations of the Employee Retirement Income Security Act ("ERISA"). [Dkt. 34; 35.]  After Parsons filed its Second Motion, Plaintiffs filed a Motion to Amend their Complaint, which the Court granted in April 2010.  [Dkt. 57.]  Plaintiffs' twenty-five-page Amended Complaint is materially different from their original complaint—for example, it does not appear to assert the claim that formed the basis for Count VII of the original complaint and it appears to assert a new claim under the Fair Labor Standards Act.  [Dkt. 58.]

An amended pleading supersedes the prior pleading.  *Duda v. Bd. of Educ.*, 133 F.3d 1054, 1057 (7th Cir. 1998).  "The prior pleading is in effect withdrawn as to all matters not restated in the amended pleading . . . ."  *Id.*  Because Parsons' Second Motion addresses the claims in Plaintiffs' original complaint, which was superseded by the Amended Complaint, Parsons'

---

[1] Parsons' initial Motion for Judgment on the Pleadings was denied as moot in light of the parties' agreement to dismiss the claims at issue in that motion.  [*See* dkts. 47, 48, 105.]

- 1 -

Second Motion is denied as moot. *See id.* ("The amended complaint became, upon its submission, the operative complaint in the case; the original filing no longer controlled the litigation.").

If Parsons believes that the Amended Complaint suffers from some or all of the defects it previously identified, it may file a new motion under Federal Rule of Civil Procedure 12(c). The Court will not, however, speculate about which arguments Parsons intends to press with respect to the Amended Complaint. Because Parsons' Second Motion addresses an obsolete complaint and the Court is unaware exactly how the Amended Complaint impacts the previously-filed Second Motion, the Second Motion is denied without prejudice.

Parsons' filed its Third Motion after Plaintiffs filed their Amended Complaint. Judicial economy, however, dictates that parties raise all of their arguments in one motion, not engage in piecemeal litigation. Accordingly, and in light of the ruling on the Second Motion, the Court will deny Parsons' Third Motion without prejudice. If Parsons intends to file a comprehensive Rule 12(c) motion regarding Plaintiffs' Amended Complaint, it must do so within ten days. That motion will be subject to the briefing schedule set forth below.

## CONCLUSION

Parsons' Second Motion for Partial Judgment on the Pleadings, [dkt. 35], and Parsons' Third Motion for Partial Judgment on the Pleadings, [dkt. 62], are **DENIED** without prejudice. The Court orders Parsons to file a comprehensive motion within ten days of the date of this Order that addresses all bases on which it moves for judgment on the pleadings on Plaintiffs' Amended Complaint. Plaintiffs have fourteen days to respond to Parsons' motion, and Parsons has seven days to reply to Plaintiffs' response.

09/10/2010

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only:**

Jesse S. Brar
LAW OFFICE OF JESSE BRAR
jesse.brar@gmail.com

Mick G. Harrison
mickharrisonesq@earthlink.net

Eric R. Magnus
JACKSON LEWIS, LLP
magnuse@jacksonlewis.com

Stephen X. Munger
JACKSON LEWIS LLP
mungers@jacksonlewis.com

L. Dale Owens
JACKSON LEWIS, LLP
owensd@jacksonlewis.com

Michael W. Padgett
JACKSON LEWIS LLP
padgettm@jacksonlewis.com

Sharon L. Preston
ATTORNEY AT LAW
sharon.preston@yahoo.com

Rudolph William Savich
rsavich@aol.com